PROB 12C
(7/93)

Report Date: February 7, 2011

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 10 2011
JAMES R. LARSEN, CLERK
                              DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Orlando Arzate-Saucedo          Case Number: 2:08CR06067-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence:  12/5/2008

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 9 Months; TSR - 24 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alexander C. Ekstrom | Date Supervision Commenced: | 6/21/2009 |
| Defense Attorney: | James Stewart Becker | Date Supervision Expires: | 6/20/2011 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Orlando Arzate-Saucedo is considered to be in violation of his period of supervised release in the Eastern District of Washington by failing to report to the probation office after returning to Kennewick, Washington, on or prior to January 27, 2011. |
| | On February 7, 2011, it was confirmed the defendant was being held at the Benton County Jail in Kennewick, Washington. Contact was then made with an ICE Agent in Richland, Washington, who confirmed the defendant had been deported on June 22, 2009, and had not received permission to return. At this time no other information has been obtained describing how the defendant was initially contacted by law enforcement. |

Prob12C
Re:  Arzate-Saucedo, Orlando
February 7, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*
Signature of Judicial Officer

February 10, 2011
Date