PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: April 26, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 26 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Orlando Arzate-Saucedo      Case Number: 2:08CR06067-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 12/5/2008

Original Offense: Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence: Prison - 9 Months; TSR - 24 Months       Type of Supervision: Supervised Release

Asst. U.S. Attorney: Alexander Carl Ekstrom      Date Supervision Commenced: 6/21/2009

Defense Attorney: Rick Lee Hoffman      Date Supervision Expires: 6/20/2011

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 2/7/2011.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Orlando Arzate-Saucedo is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of alien in the United States after deportation on or prior to January 27, 2011. |
| | On January 27, 2011, the defendant was arrested in Franklin County, Washington. He had not received advance legal permission from the United States Attorney General to reenter the country. |
| | On April 12, 2011, the defendant was charged in the Eastern District of Washington with being an alien in the United States after deportation under case number 2:11CR06027. |

Prob12C
Re:  Arzate-Saucedo, Orlando
April 26, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/26/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

JSTS 4/26/11

Edward F. Shea
Signature of Judicial Officer

4/26/11
Date